IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Niki D' Atri Enterprises, Inc., a      :
Pennsylvania Corporation doing      :
business as Crows Run Recycling      :
(Tenant)      :
     :
                v.      :
     :
Commonwealth of Pennsylvania,      :
Department of Transportation,      :    No. 257 C.D. 2022
                Appellant      :

# **O R D E R**

AND NOW, this 19th day of May, 2023, the Court's Memorandum Opinion in the above-matter, filed March 17, 2023, is amended to include the following line after the signature line of the opinion:

Judge McCullough concurs in the result only.

It is also ordered that the above-captioned opinion filed March 17, 2023, shall be designated OPINION rather than MEMORANDUM OPINION, and it shall be reported. In all other respects, the opinion and order shall remain in effect.

_____
CHRISTINE FIZZANO CANNON, Judge